1
2
3
4
5
6
7
8
9
10
11
12
13                    UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA
15

16  JUAN L. DAVILA, as an individual and on    Case No. 5:18-CV-02069-TJH-SP
    behalf of all others similarly situated,
17                                              **ORDER GRANTING JOINT**
                    Plaintiff,                  **STIPULATION TO REMAND**
18                                              **REMOVED ACTON  [18]  [JS-6]**
           v.
19
    OMNIMAX INTERNATIONAL, U.S.A.,
20  INC., a California Corporation;
    EURAMAX INTERNATIONAL, INC., a
21  Delaware Corporation; and DOES 1
    through 100,
22
                    Defendants.
23
24
25
26
27
28

---

ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION
95478954v.1

1 | The Court, having considered the Parties' Joint Stipulation to Remand Removed
2 | Action ("Stipulation"), and with good cause showing, hereby GRANTS the Stipulation
3 | and orders as follows:
4 |     1.     This action is remanded to the Superior Court for the State of California for
5 | the County of Riverside, where the action was first filed;
6 |     2.     All pre-trial and trial deadlines and dates are vacated; and
7 |     3.     The Parties will bear their own attorneys' fees and costs with respect to the
8 | removal of the action to this Court and remand of the action to the Superior Court for the
9 | County of Riverside.

**IT IS SO ORDERED.**

DATED: JUNE 6, 2023

_____
Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE